UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IAN WRIGHT, et al., : | |
|     Plaintiffs, : | |
| : | |
| v. : | CASE NO. 3:16-cv-1179 (SRU) |
| : | |
| DANNEL P. MALLOY, et al., : | |
|     Defendants. : | |

ORDER OF DISMISSAL

Ian Wright commenced this action by complaint received on July 13, 2016. In addition to Wright, thirty-eight other inmates signed the complaint. Only Wright submitted a motion to proceed *in forma pauperis*.

The *in forma pauperis* statute requires that each person wishing to commence a lawsuit without payment of the filing fee must submit an application to proceed *in forma pauperis*. 28 U.S.C. § 1915(a)(1). Thus, if no plaintiff pays the filing fee, each plaintiff must submit a motion to proceed *in forma pauperis* to enable the Court to verify that no plaintiff can pay the fee. On July 15, 2016, and July 18, 2016, the Court issued Notices of Insufficiency informing the thirty-eight other signers that they were required to submit motions to proceed *in forma pauperis*. The motions were to be filed on or before August 8, 2016. No inmate responded to the order or sought additional time within which to respond.

Accordingly, any claims brought by Kyle Baines, Darrell Atkinson, Donald Raynor, Anthony Coward, Terry Collins, Orema Taft, Mashawn Green, Andre Cinicola, Curbit McCullough, Moises Polanco, Bill Henderson, Troy Little, Randall Brown, Bruce King, Alexander Torres, Rashawn Robinson, Quan Soyini, Quincy Rapp, Exodus Cooke, Marquis Jackson, Taylor Solomon, Alejandro Hernandez, Cheyenne Cancepuon, Jesus Ortiz, Eric

Amado, Mathew Boutilier, Jordan B., Mark R., S. Bodamer, W. Rodney, Anthony Brunetti, Mark M., Smith G., Rocky Williams, Rasheed Johnson, Jahad M. Harvey, Jason Miller, and Jorge Lugo are **DISMISSED** without prejudice.  The Clerk is directed to terminate those inmates as plaintiffs in this case.  If any of the dismissed inmates wish to proceed on their claims, they may file a separate action to do so.

    **SO ORDERED.**

Dated this 22nd day of August 2016, at Bridgeport, Connecticut.

    /s/STEFAN R. UNDERHILL
    Stefan R. Underhill
    United States District Judge